491

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of camphor oil the same in all material respects as that the subject of *Orbis Products Corp.* v. *United States* (30 Cust. Ct. 244, C. D. 1527), the claim of the plaintiffs was sustained.

**No. 58085.**—Kaufman & Vinson Co. *v.* United States, protest 205685-K (New York).

Opinion by MOLLISON, J. In accordance with oral stipulation that the merchandise described on the invoice as "White bristle artists brushes No. 604" consists of hair pencils as provided for in paragraph 1506, the claim of the plaintiff was sustained as to said merchandise.

**No. 58086.**—W. F. Mackay *v.* United States, protest 110994-K (Pembina).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the Western white spruce lumber the subject of *C. J. Tower & Sons* v. *United States* (31 Cust. Ct. 13, C. D. 1538), the claim of the plaintiff was sustained as to said items.

**No. 58087.**—F. E. Macartney *v.* United States, protests 154850-K, etc. (Duluth).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the Western white spruce lumber the subject of *C. J. Tower & Sons* v. *United States* (31 Cust. Ct. 13, C. D. 1538), the claim of the plaintiff was sustained as to said items.

BEFORE THE SECOND DIVISION, MAY 13, 1954

**No. 58088.**—Gulf Oil Corporation et al. *v.* United States, protests 184826-K, etc. (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of seamless steel casings similar in all material respects to those the subject of *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C. D. 1577), the claim of the plaintiffs was sustained.